

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W12CR144 |
| Plaintiff, | * | |
| | * | INFORMATION |
| V. | * | |
| | * | [VIO: 29 U.S.C. 439(b) – Falsification of Annual Financial Report Filed by Labor Union] |
| PETE IRWIN, | * | |
| | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information, the International Brotherhood of Electrical Workers Local 72 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. 401, et. seq.

2. From in or around January, 2010, up until and continuing to at least December, 2010, the exact dates unknown to the United States, in the Western District of Texas, Defendant,

**PETE IRWIN,**

did make a false statement and representation of a material fact knowing it to be false, in a report and document required to be filed by the International Brotherhood of Electrical Workers Local 72, with the Secretary of Labor, pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-2 for the union's fiscal year ending on December 31, 22010, all in violation of Title 29, United States Code, Section 439(b).

ROBERT PITMAN
United States Attorney

By:  GREGORY S. GLOFF
Assistant United States Attorney

SEALED _____
UNSEALED __X__

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __05-18-12__   MAG CT. # _____   CASE NO. __W12 R144__
COUNTY: __McLENNAN__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ GREGORY S. GLOFF _____

DEFENDANT: __PETE IRWIN__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED:   Yes _____   No __X__   Language _____

DEFENSE ATTORNEY: _____ Russell D. Hunt, Jr. _____

DEFENDANT IS:   In Jail __NO__   WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION __X__   INDICTMENT _____

OFFENSE: (Code & Description): __29 U.S.C. 439(b) – Falsification of Annual Financial Report Filed by Labor Union__

OFFENSE IS:   FELONY _____   MISDEMEANOR __X__

MAXIMUM SENTENCE: __Not more than 1 year custody; not more than $10,000 fine; $25 special assessment; not more than 1 year TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ████████████████